IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Robert E. Blackburn**

Civil Case No. 08-cv-02204-REB-KLM

MADISON INVESTMENT TRUST,

    Plaintiff,

v.

THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A.,

    Defendant.

---

## MINUTE ORDER[1]

---

The matter comes before the court on **Madison Investment Trust's Unopposed Motion to Withdraw Jury Demand** [#14] filed December 2, 2008. The motion is **GRANTED**, and Madison's jury demand filed with the complaint is **WITHDRAWN**.

    Dated: December 5, 2008

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.