IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02204-REB-KLM

MADISON INVESTMENT TRUST,

    Plaintiff,

v.

THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A.,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on a **Second Joint Motion for Modification of Scheduling Order Extending Expert Disclosure Deadlines by Two Weeks** [Docket No. 35; Filed on April 28, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling Order is modified as follows: the parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **May 13, 2009**; and the parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **June 12, 2009**.

Dated:  April 29, 2009