**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-02204-REB-KLM

MADISON INVESTMENT TRUST,

    Plaintiff,

v.

THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A.,

    Defendant.

## MINUTE ORDER[1]

    The matter comes before the court on the **Unopposed Motion of Madison Investment Trust For Leave to File Response to Trustee's Submission of Supplemental Materials in Support of Trustee's Motion to Transfer Venue** [#43] filed June 2, 2009.  The motion is **GRANTED**, and the **Reply of Madison Investment Trust to Trustee's Submission of Supplemental Materials in Support of Trustee's Motion to Transfer Venue**, attached as an exhibit to the motion, is accepted for filing.

    Dated:  June 5, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.