**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-02204-REB-KLM

MADISON INVESTMENT TRUST,

    Plaintiff and Counterclaim Defendant,

v.

THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A.,

    Defendant and Counterclaimant.

## ORDER OF ADMINISTRATIVE CLOSURE

**Blackburn, J.**

The matter before the **Joint Motion For Administrative Closure** [#55] filed July 24, 2009. After careful review of the motion and the file, I conclude that the motion should be granted and that this action should be closed administratively

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Motion For Administrative Closure** [#55] filed July 24, 2009, is **GRANTED**; and

2. That under **D.C.COLO.LCivR 41.2**, the clerk is **DIRECTED** to close this civil action administratively, subject to reopening for good cause.

Dated July 27, 2009 at Denver, Colorado.

                              BY THE COURT:

                              */s/ Robert E. Blackburn*
                              Robert E. Blackburn
                              United States District Judge