**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-02204-REB-KLM

MADISON INVESTMENT TRUST,

      Plaintiff and Counterclaim Defendant,

v.

THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A.,

      Defendant and Counterclaimant.

## ORDER LIFTING ADMINISTRATIVE CLOSURE

**Blackburn, J.**

The matter is before me on the plaintiff and counterclaim defendant's **Motion To Lift Administrative Closure and Reinstate Case** [#58] filed September 25, 2009. After careful review of the motion and the file, I conclude that the motion should be granted and that this action should be reopened.

**THEREFORE, IT IS ORDERED** as follows:

1. That the plaintiff and counterclaim defendant's **Motion To Lift Administrative Closure and Reinstate Case** [#58] filed September 25, 2009, is **GRANTED**;

2. That pursuant to **D.C.COLO.LCivR 41.2**, the clerk is **DIRECTED** to reopen this civil action.

Dated November 4, 2009, at Denver, Colorado.

                                            **BY THE COURT:**

                                            */s/ Robert E. Blackburn*
                                            Robert E. Blackburn
                                            United States District Judge