# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02204-MJW-KLM

**MADISON INVESTMENT TRUST**, a Delaware investment trust,

Plaintiff and Counterclaim-Defendant,

v.

**THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A.**, a national banking association,

Defendant and Counterclaimant.

## ORDER GRANTING JOINT MOTION FOR APPROVAL OF STIPULATED PRE-TRIAL DEADLINES

(Docket No. 87)

THIS MATTER comes before the Court on the Parties' Joint Motion For Approval of Stipulated Pre-Trial Deadlines. The Court, having reviewed the Motion, the file, and otherwise being fully advised, hereby

ORDERS that the Motion is granted and that the following pre-trial deadlines shall apply:

a. the parties will file any remaining supplemental expert reports on or before Friday, March 19, 2010;

b. the parties will exchange their Pretrial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(3) on or before Tuesday, March 16, 2010;

c. the parties will file objections to one another's' exhibits on or before Friday, March 19, 2010;

d. the parties will file exhibit and witness lists on or before Friday, March 19, 2010;

e.     the parties will file a joint exhibit list on or before Friday, March 19, 2010;

f.     the parties will file a Joint Proposed Final Pretrial Order on or before Friday, March 19, 2010;

g.     the parties will file any motions in limine on or before Friday, March 19, 2010;

h.     the parties will notify the courtroom deputy for the need for special accommodations or technological equipment on or before Friday, March 19, 2010;

i.     the parties will advise each other of any proposed video deposition testimony offered by page and line reference on or before Friday, March 19, 2010;

j.     the parties will file any objections to proposed video-deposition testimony, marked on a copy of the transcript, on or before Friday, March 26, 2010;

k.     the parties will serve any offer(s) of judgment, other than by hand-delivery, on or before Friday, March 26, 2010;

l.     the parties will serve any offer(s) of judgment by hand-delivery on or before Monday, March 29, 2010;

m.     the parties will serve copies of all listed trial exhibits to opposing counsel on or before Monday, March 29, 2010;

n.     the parties will file proposed findings of fact and conclusions of law on or before Wednesday, April 7, 2010;

o.  the parties will advise each other of the proposed deposition testimony offered by page and line reference on or before Friday, April 2, 2010; and

p.  the parties will file any objections and counter-designations to proposed deposition testimony on or before Friday, April 9, 2010.

DATED this 16TH day of March, 2010.

BY THE COURT:

*[signature]*

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO