IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02204-MJW-KLM

**MADISON INVESTMENT TRUST**, a Delaware investment trust,

    Plaintiff and Counterclaim-Defendant,

v.

**THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A.**,
a national banking association,

    Defendant and Counterclaimant.

---

**ORDER GRANTING JOINT MOTION TO REVISE PRETRIAL DEADLINE TO FILE JOINT EXHIBIT LIST** ( Docket No. 94 )

---

THIS MATTER comes before the Court on the Parties' Joint Motion To Revise Pretrial Deadline to File Joint Exhibit List. The Court, having reviewed the Motion, the file, and otherwise being fully advised, hereby

ORDERS that the Motion is granted and that the parties shall have through Thursday, March 25, 2010 to file a joint exhibit list.

DATED this 22nd day of March, 2010.

BY THE COURT:

*[signature]*

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO