IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:08-cv-002204-MJW-KLM

**MADISON INVESTMENT TRUST**, a Delaware investment trust,

    Plaintiff, Counterclaim-Defendant,

v.

**THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A.**,
a national banking association,

    Defendant, Counterclaimant.

---

**ORDER GRANTING MOTION OF DEFENDANT, COUNTERCLAIMANT
THE BANK OF NEW YORK MELLON TRUST COMPANY N.A.
FOR 1 BUSINESS DAY EXTENSION OF DEADLINE TO SUBMIT OBJECTIONS
TO TRIAL EXHIBITS OF MADISON INVESTMENT TRUST**
( Docket No. 98 )

THIS MATTER comes before the Court on **MOTION OF DEFENDANT, COUNTERCLAIMANT THE BANK OF NEW YORK MELLON TRUST COMPANY N.A. FOR 1 BUSINESS DAY EXTENSION OF DEADLINE TO SUBMIT OBJECTIONS TO TRIAL EXHIBITS OF MADISON INVESTMENT TRUST** [Motion at Docket # 98]. The Court, having reviewed the Motion, the file, and otherwise being fully advised, hereby

ORDERS that the Motion is granted and that the deadline for Defendant and Counterclaimant The Bank Of New York Mellon Trust Company, N.A. to submit objections to Madison's trial exhibits is extended through and including March 22, 2010.

DATED this 22nd day of March, 2010.

BY THE COURT:

_____
Magistrate Judge Michael J. Watanabe